UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: ) | BK No.: | 17-33584 |
| Jesus Huerta ) | | |
| Sandra Aguilera ) | Chapter: | 13 |
| ) | Honorable LaShonda Hunt | |
| ) | | |
| ) | Joliet | |
| Debtor(s) ) | | |

## ORDER GRANTING MOTION TO MODIFY CONFIRMED PLAN

THIS MATTER coming to be heard on the MOTION TO MODIFY CONFIRMED PLAN, the court having jurisdiction, with due notice having been given to all parties in interest, IT

IS HEREBY ORDERED AS FOLLOWS:

1. Arrears are deferred to the end of the plan term.

Enter: *LaShonda A. Hunt*

Honorable LaShonda A. Hunt
United States Bankruptcy Judge

Dated: July 24, 2020

**Prepared by:**

Briana Czajka
Geraci Law, LLC
55 E. Monroe, Suite 3400
Chicago, IL 60603